UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL L. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MICHAEL MORGAN; ANDREW ) | No. 5:16-CV-244-FL |
| WHITLEY; MELISSA BISSETTE; ) | |
| ROBERT EVANS; BROCK & SCOTT, ) | |
| PLLC; SUSAN FARFOUR; THE ) | |
| CARDINAL GROUP; and WELLS ) | |
| FARGO BANK OF WILSON, NC, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on September 26, 2016, and for the reasons set forth more specifically therein, that the court dismisses plaintiff's claims as asserted in the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

**This Judgment Filed and Entered on September 26, 2016, and Copies To:**

Jolee M. Wortham (via CM/ECF Notice of Electronic Filing)
Michael Lamont Moore (via U.S. Mail) PO Box 4153, Wilson, NC 27893

September 26, 2016          JULIE RICHARDS JOHNSTON, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk